**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**FARNAZ ETMINAN,**

        **Plaintiff,**

v.                               **Case No: 6:22-cv-1266-PGB-EJK**

**GRACE PHARMACY
SOLUTIONS, LLC,**

        **Defendant.**
_____/

## ORDER

This cause comes before the Court on the parties' Motion for Approval of Fair Labor Standards Act Settlement filed September 12, 2022. (Doc. 10 (the "**Motion**")). The Motion includes as an exhibit the parties' agreed upon settlement terms. (Doc. 10-1 (the "**Agreement**")). Magistrate Judge Embry J. Kidd submitted a Report recommending that the Motion be granted. (Doc. 11). Neither of the parties have filed an objection, and the time to do so has now passed.

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED and ADJUDGED** as follows:

1.     The Report and Recommendation filed November 8, 2022 (Doc. 11), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 10) is **GRANTED**;

3. The Court **FINDS** that the parties' Agreement (Doc. 10-1) is a fair and reasonable settlement and resolution of a *bona fide* dispute under the Fair Labor Standards Act;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 23, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2